LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
JAN 13 2005
MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DEFENDANTS' ANSWER TO COMPLAINT; DECLARATION OF SERVICE |

Defendants answer the complaint of plaintiff as follows:

1. Defendants deny each and every allegation of paragraphs 1, 5, 9, 12, 13, 15, 16, 18, and 19 of the complaint. Proof thereof is demanded at trial.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the complaint and therefore denies the same. Proof thereof is demanded at trial.

3. Defendants admit the allegations of paragraph 3 of the complaint.

**ORIGINAL**

DEFENDANTS' ANSWER TO COMPLAINT;
DECLARATION OF SERVICE
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

4. With respect to the allegations of paragraph 4 of the complaint, defendants admit in part and deny in part. Defendants admit that defendant Felix is the Principal Broker of Century 21 Realty Management. All other allegations are denied. Proof thereof is demanded at trial.

5. With respect to the allegations of paragraph 6 of the complaint, defendants admit in part and deny in part. Defendants admit the appointment but deny the date and the remaining allegations of the paragraph. The appointment was made by Order signed and filed on October 30, 2001 and does not specify duties or services to be provided. Proof of the allegations is demanded at trial.

6. With respect to the allegations of paragraph 7 of the complaint, defendants admit in part and deny in part. Defendants admit the appointment and to undertaking management of certain properties. Defendants deny the remaining allegations. Defendants deny that defendant Felix undertook any responsibilities in a personal capacity and they deny the August, 2002 dismissal of the bankruptcy.

/ /

DEFENDANTS' ANSWER TO COMPLAINT;
DECLARATION OF SERVICE
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

7. Defendants deny the allegations of paragraph 8 of the complaint. Defendant Century 21 Realty Management at all relevant times was acting as Court appointed property manager.

8. With respect to the allegations of paragraph 11 of the complaint, defendants admit in part and deny in part. It is admitted that defendant Century 21 was appointed by the District Court of Guam. Defendants deny the remaining allegations. Proof thereof is demanded at trial.

9. Defendants incorporate herein their answers to the preceding allegations incorporated into paragraphs 10, 14 and 17 of the complaint as if fully set forth herein.

**AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a claim upon which relief can be granted against defendant Christopher Felix.

2. Plaintiff fails to state a claim upon which relief can be granted against defendant Century 21 Realty Management.

3. Plaintiff's claims are barred by the doctrine of laches.

DEFENDANTS' ANSWER TO COMPLAINT;
DECLARATION OF SERVICE
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

    4.    Plaintiff's claims are barred by the doctrines of waiver and estoppel.

    5.    Plaintiff's claims are barred by the doctrine of accord and satisfaction.

    6.    Plaintiff's action is barred by the application of the statute of limitations.

    7.    Plaintiff lacks standing to assert the claims set forth in this action.

    8.    Plaintiff's negligence claims are barred by the doctrine of comparative negligence.

    9.    Defendants are protected from the claims asserted in this action by qualified or absolute immunity.

    10.    Defendants hereby reserve the right to allege and assert additional defenses the basis of which may become apparent through discovery in this action.

/ /

DEFENDANTS' ANSWER TO COMPLAINT;
DECLARATION OF SERVICE
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

WHEREFORE, defendants pray:

1. That plaintiffs take nothing by their complaint;

2. That defendants be awarded their costs; and

3. That the court award such further relief as is deeded just and proper.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Defendants

DATE: 1/13/05    By: /s/ Robert L. Keogh
                     ROBERT L. KEOGH

- 5 -

| | |
|---|---|
| 1 | DEFENDANTS' ANSWER TO COMPLAINT; |
| 2 | DECLARATION OF SERVICE |
| | Kallingal v. Felix, et. al. |
| 3 | Civil Case No. CIV05-00002 |

## DECLARATION OF SERVICE

I, Robert L. Keogh, hereby declare under penalty of perjury of the laws of the United States of America, that on the 13th day of January, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DEFENDANTS' ANSWER TO COMPLAINT; DECLARATION OF SERVICE** upon Plaintiff's Counsel of record as follows:

Ron Moroni
Law Offices of Tarpley & Moroni, LLP
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagatña, Guam 96910

DATE: 1/13/05            By: /s/ Robert L. Keogh
                              ROBERT L. KEOGH

- 6 -