LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for Plaintiff*



FILED
DISTRICT COURT OF GUAM

FEB - 9 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHRISTOPHER FELIX and REALTY ) <br> MANAGEMENT COMPANY, INC. dba ) <br> CENTURY 21 REALTY MANAGEMENT ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. CIV05-00002 <br><br> **NOTICE OF HEAIRNG ON MOTION FOR REMAND OF IMPROPERLY REMOVED CASE AND FOR JUST COSTS AND EXPENSES INCLUDING ATTORNEY'S FEES INCURRED DUE TO IMPROPER REMOVAL** |

**PLEASE TAKE NOTICE** that the hearing on the Motion for Remand of Improperly Removed Case and For Just Costs and Expenses Including Attorney's Fees Incurred Due to Improper Removal will be heard on the 5th day of April, 2005, at 9:00 a.m.

Dated this 9th day of February, 2005.

Law Offices
TARPLEY & MORONI, LLP

By: _____
Ron Moroni,
Attorney for Plaintiff