LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895
FILED
DISTRICT COURT OF GUAM
MAR 21 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. <br><br> Plaintiffs, <br><br> vs. <br><br> CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY, <br><br> Defendants. | CIVIL CASE NO. CIV05-00002 <br><br> DECLARATION OF ROBERT L. KEOGH |

I, Robert L. Keogh, declare and state that as follows:

1. I am counsel for defendants in this matter.

2. Attached hereto and marked as Exhibit "A" is a true and correct copy of the Declaration of Service upon defendant Christopher Felix which was filed in Superior Court of Guam Civil Case No. CV1255-04 on December 13, 2004.

3. Attached hereto and marked as Exhibit "B" is a true and correct copy of the minutes of the hearing held on October 29, 2001 in the District Court of Guam Bankruptcy Case No BC-01-00161.

***ORIGINAL***

DECLARATION OF ROBERT L. KEOGH
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

3. I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.

Date: 3/21/05

ROBERT L. KEOGH

- 2 -

A.S.A.P Process Servers
PMB 386
1270 N. marine dr. ste 101
Tamuning, Guam 96913
(671) 476-3190
(671) 472-1413

FILED
SUPERIOR COURT
OF GUAM

# IN THE SUPERIOR COURT OF GUAM

CASE NO: CV 1255-04

GEORGE & MATILDA KALLINGAL, P.C. )
)
Plaintiff, )
Vs. )
CHRISTOPHER FELIX and REALTY )
MANAGEMENT COMPANY, INC. dba )
CENTURY 21 REALTY MANAGEMENT )
COMPANY, )
Defendant, )

**DECLARATION**

SERVICE > [X]
NON-SERVICE > [ ]

I, Christopher E. Allen, declare that I am a licensed Process Server in the Territory of Guam, and I am not a party in the afore mentioned case, and that;

I served upon ___CHRISTOPHER FELIX___, the document listed below, Personally [X] Thru [ ] ___ at Location listed below
___CENTURY 21 REALTY MANAGEMENT COMPANY___
___701 S. MARINE DR. / TAMUNING/ GUAM___

on the 13th day of DECEMBER, at the hour of 10:05 pm [ ] am [X].

Note: _____

DOCUMENTS SERVED: SUMMONS & DECLARATION [ ]   JDX [ ]   O.S.C [ ]
OTHER [X] → SUMMONS / COMPLAINT / DEMAND FOR JURY TRIAL

Attempts Made: [ ]
Comments: _____


Century 21 Realty Management Company, Inc
P.O. Box 7000
Tamuning, Guam 96931
Phone: (671) 647-____

Court Date: N/A 20 days from above date.
Time: N/A

Signed Received: X _____
SIGNED BY/CHRISTOPHER FELIX

_____
Christopher E. Allen
Special Process Server, SP 0365-_

"I declare under the penalty of perjury that the foregoing is true and correct"

EXHIBIT "A"

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE

**BANKRUPTCY MINUTES**

FILED
DISTRICT COURT OF GUAM
OCT 2 9 2001
MARY L.M. MORAN
CLERK OF COURT
48

CASE NO: BC-01-00161       DATE: 10/29/2001       TIME: 10:21 a.m.

IN RE: *GEORGE AND MATILDE KALLINGAL, P.C.*
*********************************************************************************************

PATRICIA T. CRUZ, Courtroom Deputy/_____    KIPPEN, Law Clerk
WANDA M. MILES, Court Reporter/_____, Electronic Court Reporter - TAPE NO._____

_____, Designated Judge   CSO: _____
*********************************** APPEARANCES ***********************************

**TRUSTEE:**                                      **CASE TRUSTEE:** ROBERT STEFFY

**ATTORNEY(s) FOR DEBTOR(S):** WILSON QUINLEY

**COUNSEL FOR PLAINTIFF(s):**                     **COUNSEL FOR DEFENDANT(s):**

**OTHERS PRESENT**

GEORGE BUTLER

JOYCE TANG

**PROCEEDINGS:**
*Ex Parte Motion for Order Shortening Time and Motion for Order Appointing a Chapter 11 Trustee*

**NOTES:** J. Tang argues and recommends to the Court that R. Steffy be appointed as the Trustee. G. Butler argues. W. Quinley argues. Rebuttal by J. Tang.

COURT ORDERS THE MOTION FOR AN ORDER APPOINTING ROBERT STEFFY AS CHAPTER 11 TRUSTEE IS GRANTED; AND THE COURT GRANTS THE APPLICATION FOR THE APPOINTMENT OF CENTURY 21 REALTY MANAGEMENT AS PROPERTY MANAGER, SPECIFICALLY, MR. CHRIS FELIX. COURT ORDERS ROBERT STEFFY TO PROCEED QUICKLY IN THIS CASE TO PROVIDE THE PARTIES AND THE COURT WITH AN OVERVIEW OF THE FINANCIAL SITUATION OF THE KALLINGALS.

( ) REAFFIRMATION: __Approved __Disapproved      ( ) DISCHARGE: __Granted __Denied
( ) DISCLOSURE STATEMENT: ___Approved ___Disapproved
( ) CONFIRMATION OF CHAPTER __ PLAN: ___Approved ___Disapproved
( ) MOTION(s)    __Granted __Denied __Settled __Withdrawn __Under Advisement
( ) ORDER SUBMITTED ___Approved ___Disapproved
( x ) ORDER to be Prepared By: JOYCE TANG *TODAY*
( ) PROCEEDINGS CONTINUED TO: _____ at _____

DECLARATION OF ROBERT L. KEOGH
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

## DECLARATION OF SERVICE

I, Robert L. Keogh, hereby declare under penalty of perjury of the laws of the United States of America, that on the 21st day of March, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DECLARATION OF ROBERT L. KEOGH** upon Plaintiff's Counsel of record as follows:

> Ron Moroni
> Law Offices of Tarpley & Moroni, LLP
> Bank of Hawaii Building
> 134 West Soledad Avenue, Suite 402
> Hagatña, Guam 96910

DATE: 3/21/05     By: _____
                      ROBERT L. KEOGH

- 3 -