LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DECLARATION OF<br>CARMENCITA LAGUANA |

I, Carmencita Laguana, declare and state that as follows:

1. I am an adult individual and a resident of Guam. This declaration is based upon my personal knowledge, except as to those matters stated on information and belief and, as to those matters, I believe them to be true.

2. If called upon as a witness, I would and could competently testify as to the facts set forth herein.

3. I am employed at Century 21 Realty Management Company as a receptionist. My duties include answering the telephone and greeting customers and directing them to the right person in the

DECLARATION OF CARMENCITA LAGUANA
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

office. I am not an officer or managing or general agent of Century 21 Realty Management Company, Inc. I am not authorized to accept service of process on behalf of the corporation.

4. On or about December 8, 2004, a man came to our office and asked for Christopher Felix. I informed him that Mr. Felix was off-island.

5. The man then gave some documents to me to sign which turned out to be a Complaint and Summons in Superior Court Civil Case No CV1255-04. I asked the man if Mr. Felix was supposed to sign them and he said no, it was okay for me to sign.

6. I was never asked by the process server whether or not I was an officer of the corporation, a manager or authorized agent for receiving the summons and complaint in this matter.

7. I have never received service of court papers on behalf of Century 21 Realty Management Company, Inc. or Mr. Felix personally in the past or since.

8. On December 13, 2004, when Mr. Felix returned to the office from his off-island travel, I gave Mr. Christopher K. Felix

- 2 -

DECLARATION OF CARMENCITA LAGUANA
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

the Summons and Complaint which was given to me by the process server.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Executed this _____ th day of March, 2005, in Hagatña, Guam.

DATE: __3/17/05__               By: _____
                                     CARMENCITA LAGUANA

- 3 -

DECLARATION OF CARMENCITA LAGUANA
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

## DECLARATION OF SERVICE

I, Robert L. Keogh, hereby declare under penalty of perjury of the laws of the United States of America, that on the 21st day of March, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DECLARATION OF CARMENCITA LAGUANA** upon Plaintiff's Counsel of record as follows:

>   Ron Moroni
>   Law Offices of Tarpley & Moroni, LLP
>   Bank of Hawaii Building
>   134 West Soledad Avenue, Suite 402
>   Hagatña, Guam 96910

DATE: 3/21/05    By: /s/ ROBERT L. KEOGH