LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

FILED
DISTRICT COURT OF GUAM
MAR 21 2005
MARY L.M. MORAN
CLERK OF COURT



Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DECLARATION OF CHRISTOPHER FELIX |

I, Christopher Felix, declare and state that as follows:

1. I am an adult individual and a resident of Guam. This declaration is based upon my personal knowledge, except as to those matters stated on information and belief and, as to those matters, I believe them to be true.

2. If called upon as a witness, I would and could competently testify as to the facts set forth herein.

3. I am the President of Century 21 Realty Management Company, which is a Guam corporation duly licensed to do business on Guam. I am the principal owner of the corporation with my wife

DECLARATION OF CHRISTOPHER FELIX
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

and one other person holding minority interests.

4. On or about October 30, 2001, I was appointed by the District Court of Guam as property manager for all the real properties in the (Bankruptcy) Estate in Bankruptcy Case No. 01-00161.

5. Pursuant to this appointment I collected rents, leased vacant space when possible and maintained the properties as best as possible with the limited resources available. I provided Mr. Robert Steffy, as the Bankruptcy Trustee with monthly management reports.

6. I had no direct contractual or other relationship with the Bankruptcy debtor. Once the Bankruptcy case was dismissed I ceased all further management activities.

7. I was off-island from December 3, 2004 to December 11, 2004.

8. I returned to my office on December 13, 2004, and on that day a man came to my office and served me with a copy of the Complaint and Summons in Superior Court Case No. CV1255-04. On

DECLARATION OF CHRISTOPHER FELIX
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

that same day a copy was also provided to me by my office receptionist, Carmen Laguana.

9. Carmen Laguana is employed as a receptionist at Century 21 Realty Management Co., Inc. and is not authorized to receive service of process on behalf of the company. She is not an officer, managing or general agent of the corporation. Her duties are to answer the telephone and greet customers and direct them to the proper person. Ms. Laguana has never received service of a summons or subpoena on behalf of the company or on my personal behalf in the past.

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Executed this 16 day of March, 2005, in Hagatña, Guam.

DATE: 3/16/05                    By: _____
                                      CHRISTOPHER K. FELIX

- 3 -

DECLARATION OF CHRISTOPHER FELIX
Kallingal v. Felix, et. al.
Civil Case No. CIV05-00002

## DECLARATION OF SERVICE

I, Robert L. Keogh, hereby declare under penalty of perjury of the laws of the United States of America, that on the 21st day of March, 2005, I will cause to be served, via hand delivery, a true and correct copy of **DECLARATION OF CHRISTOPHER FELIX** upon Plaintiff's Counsel of record as follows:

> Ron Moroni
> Law Offices of Tarpley & Moroni, LLP
> Bank of Hawaii Building
> 134 West Soledad Avenue, Suite 402
> Hagåtña, Guam 96910

DATE: 3/21/05      By: _____
                        ROBERT L. KEOGH

- 4 -