# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** CV-05-00002          **DATE:** 04/05/2005          **TIME:** 9:51 a.m.

**CAPTION:** <u>George and Matilda Kallingal, P.C. -vs- Christopher Felix and Realty Management Company, Inc., dba Century 21 Realty Management Company</u>

***

**HON. ROBERT CLIVE JONES, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:51:50 - 10:08:40

Law Clerk: Jennifer Moton
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. Edrosa / J. Lizama

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**
RON MORONI

**COUNSEL FOR DEFENDANT(s):**
ROBERT KEOGH

***

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR REMAND OF IMPROPERLY REMOVED CASE AND FOR JUST COSTS AND EXPENSES INCLUDING ATTORNEY'S FEES INCURRED DUE TO IMPROPER REMOVAL**

( ) MOTION ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

(X) MOTION(s)   ___Granted   _X_ Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

(X) ORDER to be Prepared By: <u>Court</u>

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>Parties argued their position on the motion.</u>

<u>The Court Denied the Motion and stated its reasons. The Court also ordered that the case be retained in District Court and for the Clerk to reopen the underlying bankruptcy case (BC-01-00161) to which this case will be attached.</u>

<u>The Court will issue an order memorializing today's hearing.</u>

Courtroom Deputy: _____