# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

DISTRICT COURT OF GUAM
APR 11 2005
MARY L.M. MORAN
CLERK OF COURT
(13)

**CASE NO.** CV-05-00002     **DATE:** 04/08/2005     **TIME:** 10:43 a.m.

**CAPTION:** George and Matilda Kallingal, P.C. -vs- Christopher Felix and Realty Management Company, Inc., dba Century 21 Realty Management Company

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:43:10 - 10:56:00     CSO: N. Edrosa

************************** APPEARANCES **************************

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

RON MORONI     ROBERT KEOGH

***

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

( ) MOTION ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**
The Court reviewed the proposed scheduling order with the following revisions:

- Page 2, sub paragraph B; delete the word "None" to read "Motion to Remand - Denied"
- All motions to add parties and claims and to amend pleadings shall be filed no later than June 9, 2006.
- Discovery Motion Cut-off is February 16, 2006; to be heard on March 15, 2006 at 10:00 a.m.
- Dispositive Motion Cut-off is May 9, 2006; to be heard on June 6, 2006 at 10:00 a.m.
- Preliminary Pretrial Conference is set for June 19, 2006 at 10:30 a.m.
- Final Pretrial Conference is set for July 3, 2006 at 10:30 a.m.
- Trial documents shall be filed on or before June 26, 2006
- Trial is set for July 10, 2006 at 9:30 a.m.

Parties had no objections to the dates set by the Court. The Court executed the Scheduling Order.

Courtroom Deputy: