
LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



FILED
DISTRICT COURT OF GUAM

APR 13 2005

MARY L.M. MORAN
CLERK OF COURT

14

*Attorney for Plaintiff*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. ) | CIVIL CASE NO. CIV05-00002 |
| Plaintiff, ) | |
| v. ) | |
| CHRISTOPHER FELIX and REALTY ) MANAGEMENT COMPANY, INC. dba ) CENTURY 21 REALTY MANAGEMENT ) COMPANY, ) | [~~PROPOSED~~] *my* **SCHEDULING ORDER** |
| Defendants. ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties submit the following Scheduling Order.

1. The nature of the case is as follows: This is a claim by a former Chapter 11 debtor against the court-appointed property managers for breach of contract, negligence and breach of fiduciary duty in connection with the management of the bankruptcy estate's properties.

2. The posture of the case is as follows:

   A. The following motions are on file: Motion for Remand of Improperly Removed Case. Hearing is set for April 05, 2005, at 9:00 a.m.

B. The following motions have been resolved: ~~None.~~ The Motion for Remand was denied. *my*

C. The following discovery has been initiated: No formal discovery has been initiated yet.

3. All Motions to add parties and claims shall be filed on or before: ~~March 1, 2006.~~ *my* September 9, 2005

4. All motions to amend pleadings shall be filed on or before: ~~March 1, 2006.~~ *my* September 9, 2005

5. Status of Discovery: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order. Discovery has not yet commenced. The parties anticipate discovery in accordance with the discovery plan.

6. The parties shall appear before the District Court on April 08, 2005, at 10:30 a.m. for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is: January 31, 2006.

8. (a) The anticipated discovery motions are: None at this time.
All discovery motions shall be filed on or before ~~March 1,~~ February 15, *my* 2006 and heard on or before ~~April~~ March *my* 15, 2006, at 10:00 am *my*

(b) The anticipated dispositive motions are: Defendant anticipates filing a motion to dismiss.
All dispositive motions shall be filed on or before ~~June 1,~~ May 9, *my* 2006 and heard on or before ~~July 1,~~ June 6, *my* 2006, at 10:00 am *my*

9. The prospects of settlement are: unknown at this time.

9.1 Trial briefs shall be filed on or before ~~September 4,~~ June 9, *my* 2006.

George & Matilda Kallingal, P.C., v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company Civil Case No. CV05-00002
[PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN
Page 2 of 4
Case 1:05-cv-00002   Document 14   Filed 04/13/2005   Page 2 of 4

10. The Preliminary Pretrial Conference shall be held on ~~September 04~~ June 19, 2006 at 10:30 a.m.

11. The parties' discovery material designations, witness lists, and exhibit lists shall be filed on or before 3 days before Pre Trial Conference, June 16, 2006. RM

12. The Proposed Pretrial order shall be filed on or before ~~December 07, 2005.~~ June 26, 2006 RM

13. The Final Pretrial Conference shall be held on ~~September 18, 2006~~ July 3, 2006 RM at 10:30 a.m. All materials required or allowed by LR16.7 (f) and LR 16.7(g) shall be filed on or before ~~September 11~~ June 26 RM, 2006.

14. The trial shall be held on ~~September 25~~ July 10, RM 2006, at 9:30 a.m.

15. The trial is a jury trial.

16. It is anticipated that it will take 4 days to try this cause.

17. The names of counsel in this case are: Ron Moroni of the law offices of Tarpley & Moroni, LLP for the Plaintiff and Robert Keogh of law offices of Robert L. Keogh for the Defendants.

18. The parties wish to submit this case to a settlement conference in late September after initial discovery is completed.

19. The parties present the following suggestions for shortening trial: None at this time. Stipulations are being explored that will shorten trial.

20. The following issues will also affect the status or management of the case: None known at this time.

George & Matilda Kallingal, P.C., v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company Civil Case No. CV05-00002
[PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Page 3 of 4

Case 1:05-cv-00002    Document 14    Filed 04/13/2005    Page 3 of 4

Date: 4/8/2005

_____
Judge, District Court of Guam

**APPROVED AS TO FORM AND CONTENT:**

**LAW OFFICE OF ROBERT L. KEOGH**
Attorney for Defendants

Date: 3/28/05

By: _____
Robert L. Keogh

**LAW OFFICES OF
TARPLEY & MORONI, LLP**
Attorney for Plaintiff

Date: 3/28/05

By: _____
Ron Moroni



**RECEIVED**
MAR 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

George & Matilda Kallingal, P.C., v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company Civil Case No. CV05-00002
[PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Page 4 of 4

Case 1:05-cv-00002   Document 14   Filed 04/13/2005   Page 4 of 4