LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for Plaintiff*



FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>[~~PROPOSED~~] *my*<br>**DISCOVERY PLAN** |

Pursuant to FRCP 26(f) and LR 16.1, the parties submit the following proposed discovery plan. Whenever any dates falls on a day on which the District Court is not opened, the task shall be completed the following business day.

1. FRCP 26(a)(1) disclosures shall be made on or before April 30, 2005.

2. Initial FRCP 26(a)(2) disclosures of expert witnesses shall be made on or before October 31, 2005.

3. FRCP 26(a)(2) rebuttal disclosures shall be made on or before November 30, 2005.

4. FRCP 26(a)(3)(A)(B) and (C) disclosures shall be made on or before ~~July 31, 2006~~ June 9, 2006 *my*

5. FRCP 26(a)(3) Objections shall be filed and served on or before ~~August 15, 2006~~. June 23, 2006 *RJ*

6. It is difficult for the parties to set forth a precise schedule for discovery at this early stage. It is tentatively planned that discovery will be conducted in three phases, as follows:

   A. Written discovery (interrogatories, requests for production, request for admission) to be completed by early November 30, 2005. Additional written discovery may be conducted if the need becomes apparent during the course of discovery.

   B. Depositions of witnesses located on Guam in January 30, 2006.

Date: 3/28/05

**Law Offices of ROBERT L. KEOGH**
Attorney for Defendants

By: _____
Robert L. Keogh

Date: 3/25/05

**Law Offices TARPLEY & MORONI, LLP**
Attorney for Plaintiffs

By: _____
Ron Moroni

**RECEIVED**
MAR 28 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

George & Matilda Kallingal, P.C.
Civil Case No. 05-00002
DISCOVERY PLAN