LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br><br>AGREEMENT OF HEARING DATE |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Robert L. Keogh, am the attorney for the defendants in this matter. I contacted attorney for the opposing party in this action, to agree upon a date for oral argument of my Motion to Dismiss.

2. The attorney for plaintiff is: Ron Moroni.

3. We agreed upon the following date: August 10, 2005 at 9:30 a.m.

***ORIGINAL***

4. On June 2, 2005, I called the Deputy Clerk of Court to ensure that the Court is available on the above date and was informed said date and time was available.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Defendants

DATE: 6/2/05          By: /s/ Robert L. Keogh
                          ROBERT L. KEOGH