LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

*Attorney for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM
JUL 28 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER FELIX and REALTY ) <br> MANAGEMENT COMPANY, INC. dba ) <br> CENTURY 21 REALTY MANAGEMENT ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CIV05-00002 <br><br><br><br><br><br> **STIPULATION** and Order |

The parties hereby stipulate that because of an illness of Plaintiffs' counsel, Plaintiffs' Opposition to the Motion to Dismiss which otherwise would be due today, maybe filed on Friday July 29, 2005, and Defendants' may file their Reply brief by August 05, 2005.

**SO STIPULATED:**

Date: 7/27/05

Law Offices of
**ROBERT L. KEOGH**
Attorney for Defendants

By: /s/ Robert L. Keogh
Robert L. Keogh

Law Offices
TARPLEY & MORONI, LLP
Attorney for Plaintiffs

Date: 7/27/05     By: /s/ Ron Moroni
                      Ron Moroni

SO ORDERED: July 28, 05

/s/
Judge, District Court of Guam
Hon. Frances Tydingco-Gatewood, Designated Judge

**RECEIVED**
JUL 27 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

George & Matilda Kallingal, P.C.
Civil Case No. 05-00002
STIPULATION