LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526



FILED
DISTRICT COURT OF GUAM

AUG 10 2005 *4P*

MARY L.M. MORAN
CLERK OF COURT

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>**CERTIFICATE OF SERVICE** |

I, Stacy C. Cuasito, hereby certify that I caused to be hand delivered a true and correct copy of the OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, to the Law Office of Robert L. Keogh at Suite 105 C & A Professional Building, 259 Martyr Street, Hagatna, Guam 96910 on July 29, 2005 and a filed copy on August 01, 2005.

Dated this 1st day of August, 2005.

_____
Stacy C. Cuasito