

**FILED**
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-05-00002          DATE: 08/10/2005          TIME: 9:52 a.m.

CAPTION: <u>George and Matilda Kallingal, P.C. -vs- Christopher Felix and Realty Management Company, Inc., dba Century 21 Realty Management Company</u>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: Dawn Osborne
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:52:38 - 10:41:37                  CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

RON MORONI                                    ROBERT KEOGH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROCEEDINGS:     **DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

( ) MOTION ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT

(X) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  _X_ Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

<u>The Court and the parties discussed the procedural history of this case. They also discussed bankruptcy case number 01-00161 and the responsibilities of the trustee and the realtor who were appointed.</u>

Courtroom Deputy: _____