**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

GEORGE & MATILDA KALLINGAL, P.C.,

        Plaintiffs,

vs.

CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,

        Defendants.

**Case No. 1:05-cv-00002**

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**ORDER DENYING DEFANDANTS' MOTI0N TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, signed on August 12, 2005**
**Date of Entry: August 13, 2005**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 16, 2005

                                      Clerk of Court:

                                      **Mary L.M. Moran**