# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

George and Matilda Kallingal, P.C.,

     Plaintiff,

vs.

Christopher Felix, et al.,

     Defendant.

Case No. 1:05-cv-00002

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Defendants' Motion to Dismiss signed on August 12, 2005* on the dates indicated below:

*Robert L. Keogh*          *Tarpley and Moroni*
*8/15/2005*                     *8/15/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order Denying Defendants' Motion to Dismiss signed on August 12, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005

                /s/ Shirlene A. Ishizu
                Deputy Clerk