| | |
|---|---|
| George and Matilda Kallingal, P.C., | Case No. 1:05-cv-00002 |
| Plaintiff, | |
| vs. | |
| Christopher Felix, et al., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Order signed on August 16, 2005* on the dates indicated below:

*Robert L. Keogh*    *Tarpley and Moroni*
*8/18/2005*          *8/16/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Entry of Order signed on August 16, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2005                /s/ Shirlene A. Ishizu
                                        Deputy Clerk