# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## **AMENDED* CIVIL MINUTES - GENERAL*

CASE NO. CV-05-00002    DATE: 08/10/2005    TIME: 9:52 a.m.

CAPTION: George and Matilda Kallingal, P.C. -vs- Christopher Felix and Realty Management Company, Inc., dba Century 21 Realty Management Company

***

**HON. CONSUELO B. MARSHALL, Designated Judge, Presiding    Law Clerk: Dawn Osborne
Court Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 9:52:38 - 10:41:37    CSO: J. McDonald

*********** APPEARANCES ***********

COUNSEL FOR PLAINTIFF(s):    COUNSEL FOR DEFENDANT(s):

RON MORONI    ROBERT KEOGH

**FILED
DISTRICT COURT OF GUAM
AUG 22 2005
MARY L.M. MORAN
CLERK OF COURT**

PROCEEDINGS:    DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

( ) MOTION ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( X ) MOTION(s)    ___Granted    ___Denied    ___Settled    ___Withdrawn    _X_ Under Advisement

( ) ORDER SUBMITTED    ___Approved    ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court and the parties discussed the procedural history of this case. They also discussed bankruptcy case number 01-00161 and the responsibilities of the trustee and the realtor who were appointed.

Courtroom Deputy: _/s/_