LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants



**FILED**
DISTRICT COURT OF GUAM
JAN 27 2006
**MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>NOTICE OF DEPOSITION |

**PLEASE TAKE NOTICE** that on **Tuesday, January 31, 2006** at **1:00 p.m.** at the Law Office of Robert L. Keogh, 251 Martyr Street, Suite 105, C & A Professional Building, Hagatña, Guam, defendants will be taking the deposition **GEORGE & MATILDA KALLINGAL, P.C.** of upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

**GEORGE & MATILDA KALLINGAL, P.C.** shall designate one or more officers, agents, employees or other persons who will knowledgeably testify about the following:

1. Any and all information pertaining to any and all properties of the bankruptcy estate subject of this action from the

| | |
|---|---|
| 1 | time of filing of the bankruptcy petition to the present time. |
| 2 | |
| 3 | 2. The basis for the claim asserted in this action. |
| 4 | |
| 5 | You are invited to attend and cross-examine. |

                                                  **LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 1/26/06         By: /s/ Robert L. Keogh
                                                ROBERT L. KEOGH