LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>**STIPULATED JOINT MOTION TO MODIFY SCHEDULING ORDER AND CONTINUED TRIAL DATE** |

Plaintiff and Defendant, through the respect of counsel, hereby jointly move to modify the scheduling order entered by this court on April 13, 2005. A proposed revised scheduling order is attached. The reasons for this motion are as follows;

The parties, pursuant to Rule 73 (b) and 28 USC § 636 (C), consent a United States Magistrate to conduct and preside over all proceedings in this matter including the jury trial.

1. Defendant's counsel needs to make unexpected off-island travel in order to attend to family matters;

2. Mr. and Mrs. Kallingal, Principals of Kallingal PC, also desire to engage in off-island travel, at the time the trial is scheduled to take place. Dr. Kallingal is

GEORGE AND MATILDA KALLINGAL, PC. v. CHRISTOPHER FELIX AND REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY CIVIL CASE NO. CV05-00002
STIPULATED JOINT MOTION TO MODIFY SCHEDULING ORDER AND CONTINUED TRIAL DATE
PAGE 1 OF 2

Case 1:05-cv-00002   Document 30   Filed 06/12/2006   Page 1 of 2

ORIGINAL

associated with the University and the summer months are the only time he is able to travel.

3. The parties are engaged in settlement negotiations. It is possible that granting them additional time could result in a settlement of this case.

4. A number of witnesses have indicated that they also may be unavailable during the time scheduled for trial.

**SO STIPULATED:**

Date: 6-12-06                                    Date: 6/9/06

By: /s/ Ron Moroni                               By: /s/ Robert Keogh
RON MORONI                                       ROBERT KEOGH
Attorney for Plaintiffs                          Attorney for Defendant

GEORGE AND MATILDA KALLINGAL, PC. v. CHRISTOPHER FELIX AND REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY CIVIL CASE NO. CV05-00002
STIPULATED JOINT MOTION TO MODIFY SCHEDULING ORDER AND CONTINUED TRIAL DATE
PAGE 2 OF 2

Case 1:05-cv-00002    Document 30    Filed 06/12/2006    Page 2 of 2