LAW OFFICES
**TARPLEY & MORONI, LLP**
A Law Firm including a Professional Corporation
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526

Attorney for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

JUN 16 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br><br><br><br>**AMENDED<br>SCHEDULING ORDER** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties submit the following Proposed Amended Scheduling Order, for matters remaining in this litigation.

1. The nature of the case is as follows: This is a claim by a former Chapter 11 debtor against the court-appointed property managers for breach of contract, negligence and breach of fiduciary duty in connection with the management of the bankruptcy estate's properties.

B. The following motions have been resolved: Plaintiff's motion to remand; Defendant's motion to dismiss.

C. The following discovery has been initiated: Mandatory disclosures completed; Deposition of parties taken. Documents exchanged pursuant to requests for production of both parties.

2. The discovery cut-off date (defined as the last day to file responses to discovery) is: September 30, 2006.

3. (a) The anticipated discovery motions are: None at this time.

All discovery motions shall be filed on or before September 30, 2006 ~~and heard on or before October 30, 2006.~~ *only*

(b) The anticipated dispositive motions are: Defendant anticipates filing a motion to dismiss.

All dispositive motions shall be filed on or before ~~September 15,~~ October 13, 2006 *only* ~~and heard on or before October 30, 2006.~~

4. The prospects of settlement are: Possible.

5. Trial briefs shall be filed on or before December 29, 2006. *only*

6. The Preliminary Pretrial Conference shall be held *only* on Jan. 9, 2007 at 10:00am

7. The parties' discovery material designations, witness lists, and exhibit lists shall be filed on or before ~~3 days before Pre-Trial Conference.~~ January 16, 2007 *only*

8. The Final Pretrial Conference shall be held on Jan. 23, 2007 at 10:00am *only* All materials required or allowed by LR16.7 (f) and LR 16.7(g) shall be filed on or before January 23, 2007. *only*

9. The trial shall be held on January ~~16~~ 30, 2007 at 9:30 a.m. *only*

10. The trial is a jury trial.

11. It is anticipated that it will take 4 days to try this cause.

George & Matilda Kallingal, P.C., v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company Civil Case No. CV05-00002
AMENDED PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Page 2 of 3

Case 1:05-cv-00002 Document 31 Filed 06/16/2006 Page 2 of 3

12. The names of counsel in this case are: Ron Moroni of the law offices of Tarpley & Moroni, LLP for the Plaintiff and Robert Keogh of law offices of Robert L. Keogh for the Defendants.

13. The parties wish to submit this case to a settlement conference in December after discovery is completed.

14. The parties present the following suggestions for shortening trial: Stipulations are being explored that will shorten trial.

15. The following issues will also affect the status or management of the case: None known at this time:

The parties, pursuant to Rule 73 (b) and 28 USC § 636 (C), consent a United States Magistrate to conduct and preside over all proceedings in this matter including the jury trial.

Date: June 16, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

Date: 6/9/06

RECEIVED
JUN 1 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Date: 6/12/06

**LAW OFFICE OF ROBERT L. KEOGH**
Attorney for Defendants

By: Robert L. Keogh

**LAW OFFICES OF TARPLEY & MORONI, LLP**
Attorney for Plaintiff

By: Ron Moroni

George & Matilda Kallingal, P.C., v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company Civil Case No. CV05-00002
AMENDED PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN
Page 3 of 3