DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C., | Civil Case No. 05-00002 |
| Plaintiff, | |
| vs. | |
| CHRISTOPHER FELIX, *et al.*, | ORDER |
| Defendants. | |

On November 27, 2006, the parties submitted a Second Amended Proposed Scheduling Order, requesting an extension of all previously imposed dates and deadlines in this matter. See Exhibit A attached hereto. The parties stated that although they were "working diligently," an extension of the currently scheduled trial date was necessary because defense attorney would be on the west coast at that time to conduct depositions in another case pending in this Court, and this was the only time said discovery could be conducted. For good cause shown, the Court hereby modifies in part the Amended Scheduling Order (Docket No. 31) as follows:

- Each party shall submit a trial brief no later than Friday, February 16, 2007;

- The Preliminary Pretrial Conference shall be held on Tuesday, February 27, 2007, at 10:00 a.m.;

- The parties' exhibit lists, exhibit binders, witness lists, and discovery material designations shall be filed or lodged no later than Tuesday, March 6, 2007;

- The proposed Pretrial Order shall be submitted by Tuesday, March 6, 2007;

///

- The Final Pretrial Conference shall be held on Tuesday, March 13, 2007, at 10:00 a.m.; and

- The trial shall be held on Tuesday, March 20, 2007, at 9:00 a.m.

The parties also sought an extension of the discovery cut-off date and the discovery and dispositive motions deadlines. Based on the facts set forth in the parties' submission, the Court finds an absence of good cause to warrant a further extension of all other dates and deadlines previously established in the Amended Scheduling Order.

Pursuant to Local Rule LR 16.5,

> [a] deadline established by a Scheduling Order will be extended **only upon a good cause finding** by the Court. In the absence of disabling circumstances, the deadline for completion of all discovery will not be extended unless there has been active discovery. **Delayed discovery will not justify an extension of discovery deadlines. . . . The date for completion of discovery will be extended only if the remaining discovery is specifically described and scheduled, e.g., the names of each remaining deponent and the date, time and place of each remaining deposition.**

Local Rule LR 16.5 (emphasis added).

In addition to the above, Local Rule GR 6.1 states that

> [n]o continuance shall be granted merely on the stipulation of the parties. If the Court is satisfied that counsel are preparing the case with diligence and additional time is required to comply under these Rules, the parties may move the Court to extend the dates for the obligations imposed under these Rules, upon submission of a timely stipulated motion signed by all counsel setting forth the reasons for the requested continuance. **No continuance will be granted unless the stipulation has been lodged before the date upon which the act was to have been completed** under this Rule.

Local Rule GR 6.1 (emphasis added).

In this case, the request to extend the discovery cut-off date and the discovery and dispositive motions deadlines is untimely. The discovery cut-off date was September 30, 2006. The deadline was filing discovery motions was also on September 30, 2006, with the deadline for filing dispositive motions having passed on October 13, 2006. Pursuant to Rule GR 6.1, the request to continue said dates should have been made prior to the established deadlines.

Even if the Court were to excuse the tardily submitted request, the Second Amended Proposed Scheduling Order fails to provide the specificity required by Rule LR 16.5. Any remaining discovery has not been specifically described nor scheduled by the parties. This case

has been pending for nearly two years, well beyond the 18-month time frame contemplated under the Local Rules for the completion of civil actions. Furthermore, the Court has already granted a previous request for an extension of all dates and deadlines. Based on the above, the Court must deny the request to extend the discovery cut-off date and the discovery and dispositive motions deadlines. Accordingly, all other dates and deadlines established in the Amended Scheduling Order shall remain in full force and effect.

SO ORDERED this 29th day of November 2006.



**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge**

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGÅTÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| GEORGE & MATILDA KALLINGAL, P.C. | CIVIL CASE NO. CIV05-00002 |
|---|---|
| Plaintiffs, | |
| vs. | SECOND AMENDED PROPOSED SCHEDULING ORDER |
| CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY, | |
| Defendants. | |

The parties herein, by and through their respective undersigned counsel, hereby request an extension of all dates in this matter. The parties have made all their respective disclosures and depositions have been taken and completed. The parties may conduct some additional discovery. The trial is currently scheduled for January 16, 2007. Defendants' attorney has to be on the west coast at that time to conduct depositions in another case pending in this court, <u>Rutledge v. The United States of America</u>, Civil Case No. CIV06-00008. This is the only time available to conduct this discovery.

The parties are working diligently on this case and respectfully request the extension of the following:

1. The nature of the case is as follows:

   A. This is a claim by a former Chapter 11 Debtor against the court-appointed property managers for breach of contract, negligence and breach of fiduciary duty in connection with the management of the bankruptcy estate's properties.

   B. The following motions have been resolved: Plaintiff's motion to remand; Defendants' motion to dismiss.

   c. The following discovery has been initiated: Mandatory disclosures completed; depositions of parties taken. Documents exchanged pursuant to requests for production of both parties.

2. The discovery cut-off date (defined as the last day to file responses to discovery) shall be moved from September 30, 2006 to February 13, 2007.

3. (a) The anticipated discovery motions are: None at this time.

   All discovery motions shall be filed on or before February 20, 2007 (extended from September 30, 2006).

   (b) The anticipated dispositive motions are: Defendants anticipate filing a motion to dismiss.

   All dispositive motions shall be filed on or before February 27, 2007 (extended from October 13, 2006).

4. The prospects of settlement are: Possible.

- 2 -

5. Trial brief shall be filed on or before April 3, 2007 (extended from December 29, 2006).

6. The Preliminary Pretrial Conference shall be moved from January 9, 2007 at 10:00 .am. to April 3, 2007 at 10:00 a.m..

7. The parties' discovery materials designations, witness lists and exhibit lists shall be filed on or before April 17, 2007 (extended from January 16, 2007).

8. The Final Pretrial Conference shall be held on April 24, 2007 at 10:00 a.m. (extended from January 23, 2007 at 10:00 a.m.). All materials required or allowed by LR16.7(f) and LR16.7(g) shall be filed on or before April 24, 2007 (extended from January 23, 2007).

9. The trial shall Be held on May 1, 2007 at 9:30 a.m. (extended from January 30, 2007 at 9:30 a.m.).

10. The trial is a jury trial.

11. It is anticipated that it will take 4 days to try this cause.

12. The names of counsel in this case are: Ron Moroni of the Law Offices of Tarpley & Moroni, LLP for the Plaintiff and Robert L. Keogh of the Law Office of Robert L. Keogh for the Defendants.

- 3 -

Case 1:05-cv-00002   Document 32   Filed 11/29/2006   Page 6 of 7

13. The parties wish to submit this case to a settlement conference in March after discovery is completed.

14. The parties present the following suggestions for shortening trial: Stipulations are being explored that will shorten trial.

15. The following issues will also affect the status or management of the case: None known at this time.

**LAW OFFICE OF TARPLEY & MORONI**
Attorneys for Plaintiff

DATE: 11/27/06        By: _____
                           RON MORONI

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 11/27/06        By: _____
                           ROBERT L. KEOGH

**ORDER**

**SO ORDERED** this _____ day of _____, 2006.



_____
HONORABLE FRANCES TYDINGCO-GATEWOOD
JUDGE, DISTRICT COURT OF GUAM

- 4 -