LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895


FILED
DISTRICT COURT OF GUAM
FEB 21 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Defendants

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>CERTIFICATE OF SERVICE |

I, Robert L. Keogh, hereby certify that on the 16th day of February, 2007, I caused to be served via hand delivery, a true and correct copy of Defendants' Trial Brief in the above-captioned matter upon the following office as set forth below:

MORONI LAW OFFICE, P.C.
Bank of Hawaii Building
134 W. Soledad Avenue
Suite 402
Hagatña, Guam 96910

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Defendants

DATE: 2/20/07       By: _____
                        ROBERT L. KEOGH