# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-05-00002　　　　　　　　DATE: February 27, 2007
CAPTION: George and Matilda Kallingal, P.C. vs. Felix

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:42:14 - 10:47:35
CSO: B. Benavente

**APPEARANCES:**

Counsel for Plaintiff(s)　　　　　　　　Counsel for Defendant(s)
Ron Moroni　　　　　　　　　　　　　Robert Keogh

**PROCEEDINGS: Preliminary Pretrial Conference**
- Trial Brief to submitted tomorrow by: Mr. Moroni.

NOTES: