DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C., | |
| Plaintiff, | Civil Case No. 05-00002 |
| vs. | |
| CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba, CENTURY 21 REALTY MANAGEMENT COMPANY, | ORDER TO SHOW CAUSE |
| Defendants. | |

On February 27, 2007, this case came before the court for a Preliminary Pretrial Conference. At that time, the Magistrate Judge informed counsel for the plaintiff that his trial brief was already 7 days late, and that it should have been filed no later than February 20, 2007. *See* Local Rule 16.7(b). Counsel represented to the court that he would file it the next day, on the 28th of February. Despite counsel's representation, it is now March 5, 2007 and no trial brief has been filed. Accordingly, the court hereby orders counsel to show cause why he should not be sanctioned, to include the possible dismissal of this action, for his failure to file his trial brief in accordance with the local rules. Counsel shall file a response to this Order no later than noon on March 7, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**