LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DEFENDANTS' EXHIBIT LIST |

Defendants, by and through their undersigned counsel, hereby submit their exhibit list as follows:

1. Article of Incorporation and By-Laws of George & Matilda Kallingal, P.C.
2. Letter from Christopher Felix to Tenants Monticello Plaza, Legacy Square and Kallingal Apartments regarding management takeover dated October 30, 2001.
3. Letter from Christopher Felix to Robert Steffy dated November 13, 2001.
4. Letter from Christopher Felix to Robert Steffy dated August 27, 2003.

5. Letter from Christopher Felix to Robert Steffy dated September 4, 2003.

6. Letter from Christopher Felix to Ron Moroni dated September 10, 2003.

7. Letter from Christopher Felix to Robert Steffy dated September 29, 2003.

8. Owners Operating Report prepared by Century 21 Realty Management Co. ending November 28, 2001.

9. Owners Operating Report prepared by Century 21 Realty Management Co. ending December 31, 2001.

10. Owners Operating Report prepared by Century 21 Realty Management Co. ending January 31, 2002.

11. Owners Operating Report prepared by Century 21 Realty Management Co. ending February 28, 2002.

12. Owners Operating Report prepared by Century 21 Realty Management Co. ending March 31, 2002.

13. Owners Operating Report prepared by Century 21 Realty Management Co. ending April 30, 2002.

14. Owners Operating Report prepared by Century 21 Realty Management Co. ending May 31, 2002.

15. Owners Operating Report prepared by Century 21 Realty Management Co. ending June 30, 2002.

16. Owners Operating Report prepared by Century 21 Realty Management Co. ending July 31, 2002.

17. Owners Operating Report prepared by Century 21 Realty Management Co. ending August 31, 2002.

18. Owners Operating Report prepared by Century 21 Realty Management Co. ending September 30 2002.

19. Owners Operating Report prepared by Century 21 Realty Management Co. ending October 31, 2002.

20. Owners Operating Report prepared by Century 21 Realty Management Co. ending November 30, 2002.

21. Owners Operating Report prepared by Century 21 Realty Management Co. ending December 31, 2002.

22. Owners Operating Report prepared by Century 21 Realty Management Co. ending January 31, 2003.

23. Owners Operating Report prepared by Century 21 Realty Management Co. ending February 28, 2003.

24. Owners Operating Report prepared by Century 21 Realty Management Co. ending March 31, 2003.

25. Owners Operating Report prepared by Century 21 Realty Management Co. ending April 30, 2003.

26. Owners Operating Report prepared by Century 21 Realty Management Co. ending May 31, 2003.

27. Owners Operating Report prepared by Century 21 Realty Management Co. ending June 30, 2003.

28. Owners Operating Report prepared by Century 21 Realty Management Co. ending July 31, 2003.

29. Owners Operating Report prepared by Century 21 Realty Management Co. ending August 31, 2003.

30. Owners Operating Report prepared by Century 21 Realty Management Co. ending September 30, 2003.

31. Owners Operating Report prepared by Century 21 Realty Management Co. ending October 31, 2003.
32. Owners Operating Report prepared by Century 21 Realty Management Co. ending November 30, 2003.
33. Owners Operating Report prepared by Century 21 Realty Management Co. ending December 31, 2003.
34. Owners Operating Report prepared by Century 21 Realty Management Co. ending March 31, 2004 with Century 21 Realty Management Co. Check # 11459 dated March 1, 2004 payable to Robert Steffy, Trustee in the amount of $18,530.43.
35. Letter from Christopher Felix to Robert Steffy dated September 4, 2003 with attachment.
36. 2002 Gross Receipt Tax statements of George & Matilda Kallingal, P.C.
37. 2003 Gross Receipt Tax statements of George & Matilda Kallingal, P.C.
38. 2004 Gross Receipt Tax statements of George & Matilda Kallingal, P.C.
39. 2005 Gross Receipt Tax statements of George & Matilda Kallingal, P.C.
40. 1999 Income Tax Returns of George & Matilda Kallingal, P.C.
41. 2000 Income Tax Returns of George & Matilda Kallingal, P.C.
42. 2001 Income Tax Returns of George & Matilda Kallingal, P.C.

43. 2002 Income Tax Returns of George & Matilda Kallingal, P.C.
44. 2003 Income Tax Returns of George & Matilda Kallingal, P.C.
45. 2004 Income Tax Returns of George & Matilda Kallingal, P.C.
46. Business Licenses
47. Real Property Tax Statements
48. Photographs
49. Defendants reserve the right to submit additional exhibits in rebuttal to any of plaintiffs exhibits;
50. Defendants reserve whatever rights they may have to identify additional exhibits to be introduced at trial.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 3/6/07      By: /s/ Robert L. Keogh
                      **ROBERT L. KEOGH**

- 5 -