LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
MAR - 6 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>WITNESS LIST |

Defendants, by and through their undersigned counsel, hereby submit their witness list as follows:

1. Christopher K. Felix - 647-5003

2. Rosario T. Felix - 647-5003

3. Fred Aguon - 647-5003

4. Robert Steffy - 477-7829

5. Anthony Godwin - 688-8198

6. Joyce Tang - 472-8868

7. George M. Butler - 475-0200

8. Defendants reserve the right to call rebuttal witnesses;

9. Defendants reserve whatever rights they may have to call additional witnesses at trial.

Respectfully submitted,

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 3/6/07         By: _____
                         ROBERT L. KEOGH

- 2 -