

**MORONI LAW OFFICES, P.C.**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 477-7061
Fax: (671) 477-7067

*Attorney for Plaintiff*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. | CIVIL CASE NO. CIV05-00002 |
| Plaintiffs, | |
| v. | |
| CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY, | **PLAINTIFF'S EXHIBIT LISTS** |
| Defendants. | |

Unless otherwise noted, all documents have been provided to or received from Defendant's in regular discoveries.

1. Plaintiff's Bankruptcy Documents;

2. Video Tape showing damages;

3. Defendant's correspondence with tenants

4. Plaintiff's leases / tenant documents;

5. Deposition of Defendant Christopher Felix;

6. Photos showing Plaintiff's apartments;

7. Century 21 tenant information;

8. Defendant's miscellaneous communication regarding Plaintiff's properties;

9. Defendant's operating reports regarding Plaintiff's properties;

10. Plaintiff's receipts for payments by tenants;

11. Miscellaneous communication by tenants regarding state of property

12. Plaintiff's bank statements documenting expenses;

13. Plaintiff's gross receipt tax returns;

14. GHURA documents regarding tenants on Plaintiff's property;

15. Century 21 leases regarding Plaintiff's properties;

16. Plaintiff's business licenses;

17. Diagram of properties - to be produced Plaintiff's reserves the right to introduce any documents on Defendant's exhibit list.

Dated this 6th day of March, 2007.

MORONI LAW OFFICES, P.C.

By: _____
Ron Moroni,
Attorney for Plaintiffs

George & Matilda Kallingal, P.C. v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management
Civil Case No. 05-00002
PLAINTIFF'S EXHIBIT LISTS

Page 2 of 2

Case 1:05-cv-00002   Document 40   Filed 03/06/2007   Page 2 of 2