**MORONI LAW OFFICES, P.C.**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 477-7061
Fax: (671) 477-7067

*Attorney for Plaintiff*



FILED
DISTRICT COURT OF GUAM
MAR -6 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. ) | CIVIL CASE NO. CIV05-00002 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER FELIX and REALTY ) | **PLAINTIFF'S WITNESS LISTS** |
| MANAGEMENT COMPANY, INC. dba ) | |
| CENTURY 21 REALTY MANAGEMENT ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

The following persons may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

Plaintiff's expects to call the following witnesses, if available.

1. Dr. George Kallingal;

2. Dr. Matilda Kallingal;

3. Skip Kelly, Property Manager for Plaintiff;

4. Leandro Caraig, Contractor involved with repairs;

5. Christopher K. Felix, Century 21 REMCO;

6. Robert Steffy, Bankruptcy Trustee;

7. Elpidio Twaszon, Groundskeeper;

8. Lydia Aldan

Plaintiffs may call the following if they are needed:

9. Anthony Sanchez, Contractor
10. David Mercado, Superseal Construction;
11. Barrett Enterprise, Plumber; Proprietor
12. Kautz and Sons, Glass Manufacture;
13. Detry Plumbing, Plumbing/Pump Services;
14. Joseph Cruz, Repairman;
15. Alex Zapanta, Contractor involved with repairs;
16. Fred Aguon, Century 21 REMCO;
17. Rosario T. Felix, Century 21 REMCO;
18. Benny Mandapat, Century 21 REMCO;
19. Rodney Courtney, Century 21 REMCO;
20. Salvador Haber, Appliance repairs / replacement;
21. J&S Janitorial Services;
22. Locky Locksmith; Records Custodian
23. Pacific Sanitation; Records Custodian
24. Trim Master; Records Custodian

Dated this 6th day of March, 2007.

MORONI LAW OFFICES, P.C.

By: _____
Ron Moroni,
Attorney for Plaintiffs

George & Matilda Kallingal, P.C. v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company
Civil Case No. 05-00002
PLAINTIFF'S WITNESS LISTS

Page 2 of 2

Case 1:05-cv-00002   Document 41   Filed 03/06/2007   Page 2 of 2