**MORONI LAW OFFICES, P.C.**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 477-7061
Fax: (671) 477-7067

*Attorney for Plaintiff*

# FILED
DISTRICT COURT OF GUAM

MAR - 7 2007 *nbo*

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTOPHER FELIX and REALTY<br>MANAGEMENT COMPANY, INC. dba<br>CENTURY 21 REALTY MANAGEMENT<br>COMPANY, )<br><br>Defendants. ) | CIVIL CASE NO.CIV05-00002<br><br>**DECLARATION OF COUNSEL<br>IN RESPONSE TO ORDER TO<br>SHOW CAUSE** |

I Ron Moroni being first duly under penalty of perjury:

1.     I have personal knowledge of the facts contained in this Affidavit.

2.     The court has issued an order to show cause asking me to explain why my pretrial brief in the above matter was not filed in accordance with the court's order.

3.     My failure to file the trial brief on time it was a result of two factors. First, was a very unusual, and difficult trial schedule for the February. Second is my unfamiliarity with the local Rules of the District court.

4.     During the month of February, I have had four trials scheduled in the Guam Superior court. The LLarenas case and Cleary case were settled on the morning of the trial after full preparation. Both included extensive property distributions. The

# ORIGINAL

Peterson case actually went to trial and involved a claim in excess of $400,000.00. The trial required extensive preparation.

5.        In more than twenty years of practice, this is only the second non Bankruptcy case, I have done in the U.S. District Court. I did review the Federal Rules of Civil Procedures with regards to pretrial matter. However, I was unfamiliar with the Local Rules of the Court until yesterday, when I received a letter from the Opposing counsel, Robert Keogh, indicating that my pretrial order was not incompliance with the Local Rules.

6.        I was aware that the order of the court did require us to file a trial brief on February 27, 2007. I did review the Federal Rules of Civil Procedures and did not find anything regarding trial briefs I concluded that, as in the Superior Court, trial briefs are optional. In my experience, a trial brief is usually filed when there are unusual issues, not clear from the pleadings, that need to be brought to the courts attention.

7.        Yesterday, the Local Rules of the court were brought to my attention. I can see now, that trial briefs are mandatory and have a particular format. I did file a trial brief yesterday. I am reviewing it today along with all of my other filings, to ensure compliance with the Local Rules.

8.        There was no attempt by me to willfully disobey the courts order. It was a combination of time pressures, and my mistaken conclusions, that trial briefs were not mandatory.

9.        I am presently making a diligent effort, to comply with all the Local Rules of with the court, and to make all future submissions in a timely manner.

George and Matilda Kallingal, P.C. v. Christopher Felix and Century 21 Realty Management Company
CIVIL CASE NO CIV05-00002
DECLARATION OF COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE

Further Declarant saythe not

By: _____
Ron Moroni,
Attorney for Plaintiffs

George and Matilda Kallingal, P.C. v. Christopher Felix and Century 21 Realty Management Company
CIVIL CASE NO CIV05-00002
DECLARATION OF COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE

**Page 3 of 3**

Case 1:05-cv-00002    Document 43    Filed 03/07/2007    Page 3 of 3