MORONI LAW OFFICES, P.C.
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 477-7061
Fax: (671) 477-7067

*Attorney for Plaintiff*



FILED
DISTRICT COURT OF GUAM

MAR -7 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DECLARATION OF EXPARTE MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MATERIALS |

I Ron Moroni, under penalty of perjury, hereby declare as follows. Plaintiffs, through counsel, hereby moves for an enlargement of time, above that stated in the court's most recent pretrial order, to file the following documents:

1. A revised trial brief to be in conformity with the Local Rules;

2. A proposed pretrial order;

3. A Binder of exhibits.

The trial for this matter is presently scheduled for March 20, 2007. As I explained, in a declaration filed with the court on this same day, in response to the courts Order to Show Cause, this is the only second non Bankruptcy case that I have done in the U.S. Federal Court in more than 25 years of practice. This case was filed in the Superior

Court, and then removed by Defendant's. I was generally unfamiliar with the Local Rules of the court which set forth very specific requirements regarding the above documents. Further, until I received Mr. Keogh's exhibit binder, I was not aware that the complete binder of exhibits was due to the court, this much in advance of the Trial. After receiving his binder, I did examine the court's pretrial order. I do now see that the binder was included in the court's order.

All Exhibits we intend to introduce, were either received from the Defendants, or provided to them in regular discovery. There are no documents that will come as a surprise to the Defendants. I am diligently attempting to make legible copies and to have them put binders at this time. I am also working diligently to draft a revised trial brief and proposed pretrial order that will be in conformity with the court Local Rules. I should have the proposed pretrial order to Mr. Keogh by the end of business today, for his review.

I request that I be allowed to have until noon on Thursday March 8, 2007, to submit missing and revised documents.

A copy of this motion was faxed to the Defendant's counsel, Robert Keogh, shortly before filing with the court.

Dated this 7th day of March, 2007.

MORONI LAW OFFICES, P.C.S

By: _____
Ron Moroni,
Attorney for Plaintiffs

George and Matilda Kallingal, P.C. v. Christopher Felix and Century 21 Realty Management Company
CIVIL CASE NO CIV05-00002
DECLARATION OF EXPARTE MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MATERIALS

Page 2 of 3

Case 1:05-cv-00002    Document 46    Filed 03/07/2007    Page 2 of 3

## ORDER

**SO ORDERED** this _____ day of _____, 2007.

_____
JUDGE, DISTRICT COURT OF GUAM

George and Matilda Kallingal, P.C. v. Christopher Felix and Century 21 Realty Management Company
CIVIL CASE NO CIV05-00002
DECLARATION OF EXPARTE MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MATERIALS
**Page 3 of 3**

Case 1:05-cv-00002    Document 46    Filed 03/07/2007    Page 3 of 3