LAW OFFICE OF
ROBERT L. KEOGH
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants



FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MATERIALS |

Plaintiff has filed an ex parte motion for a variety of relief from the pre-trial filing requirements. Defendants are prejudiced by this request.

Pursuant to the November 29, 2006 Order of U. S. Magistrate Judge Manibusan, the parties were to have filed trial briefs by February 16, 2007. Defendants filed their brief on time. Plaintiff filed a brief that did not conform to the rules on March 6, 2007, eighteen days late.

Pursuant to the same November 29, 2007 Order, the parties were to lodge and serve binders with all exhibits and exhibit and witness lists by March 6, 2007. Defendants substantially complied

with this requirement although the exhibit list did not completely comply with the rule requirements and that defect is being cured. Defendants did lodge and serve binders containing all exhibits. On March 6, 2007, plaintiff filed a witness list and an exhibit list which did not comply with the rule requirements. Plaintiff did not lodge or serve binders containing copies of exhibits.

Pursuant to LR 16.7(e) plaintiff was to have filed a Pre-trial Order approved by defendants. Defendants' counsel wrote to plaintiff's counsel pertaining to this requirement. The correspondence between counsel is attached to the Declaration of Robert L. Keogh filed herewith.

Pursuant to LR 16.7(g) any in limine evidentiary motions must be filed by March 13, 2007. In its ex parte motion plaintiff states that all potential exhibits have been provided through discovery and no exhibits will come as a surprise. Indeed, many documents were exchanged through discovery. Many of the documents provided by plaintiff would be subject to objection if an effort to introduce them at trial is made. Many of the documents would be vulnerable to an in limine evidentiary motion. Until such time as the proposed exhibits are identified no objections can be formulated. Defendants are prejudiced by the request for late filing by being provided with insufficient time to formulate objections.

1  Plaintiff stated in its ex parte motion that a Declaration in
2  response to the Court's March 6, 2007 Order to Show Cause was filed
3  on the same day.  A copy of that Declaration was not served upon
4  defendants.  No hearing notice was served upon defendants either
5  with respect to the ex parte motion.

7  Defendants wish to be heard on plaintiff's motion.

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for defendants

DATE: 3/8/07        By: /s/ Robert L. Keogh
                        ROBERT L. KEOGH