LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants
FILED
DISTRICT COURT OF GUAM
MAR - 8 2007
MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DECLARATION OF ROBERT L. KEOGH |

I, ROBERT L. KEOGH, hereby declare and state that:

1. I am counsel for defendants in this action, I am over 18 years of age, am competent to testify about the matters set forth herein and have personal knowledge of the matters testified about unless stated otherwise herein.

2. Attached hereto as Exhibit "A" is a true and accurate copy of my letter addressed to Ron Moroni, counsel for plaintiff in this matter dated March 6, 2007.

3. Attached hereto as Exhibit "B" is a true and accurate copy of the letter I received from Ron Moroni dated March 7, 2007.

4. I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.

Date: 3/8/07 

_____
ROBERT L. KEOGH

LAW OFFICE OF
# ROBERT L. KEOGH
SUITE 105, C&A PROFESSIONAL BUILDING
251 MARTYR STREET
HAGATÑA, GUAM 96910
TELEPHONE (671) 472-6895 • FACSIMILE (671) 472-6929
email address: rlk@netpci.com

March 6, 2007

**VIA FACSIMILE ONLY
472-4526**

Ron Moroni
Attorney at Law
Suite 402, Bank of Hawaii Building
134 West Soledad Avenue
Hagatña, Guam 96910

    **Re: Kallingal v. Felix
      District Court of Guam
      Civil Case No. CIV05-00002**

Dear Ron:

  Rule L.R. 16.7 (e) of the District Court Local Rules of Practice provides that 14 days before trial you, as counsel for the plaintiff, are to file the Pre-trial Order, approved as to form by me. It is now 2:30 p.m. and I have not been provided with a proposed order to review. The court closes at 3:00. I require sufficient time to review the proposed order to assure it is satisfactory. Please advise me when I will receive a proposed order.

                Sincerely,

                ROBERT L. KEOGH

RLK/tbm

EXHIBIT "A"

## MORONI LAW OFFICES, P.C.
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagatna, Guam 96910

Telephone: (671) 477-7061
Facsimile: (671) 477-7067

E-mail: Moroni@guam.net

March 7, 2007

**VIA FACSIMILE: 472-6929**

Robert L. Keogh, Esq.
LAW OFFICE OF ROBERT L. KEOGH
P.O. Box GZ
Hagatna, Guam 96932

**RECEIVED**
11:12 am
MAR 07 2007
nfS.
LAW OFFICE OF
ROBERT L. KEOGH

RE: **KALLINGAL, P.C. v. CHRISTOPHER FELIX, et al.**

Dear Rob:

I read your letter yesterday regarding the pretrial order. In all honesty, this is only the second case I have ever done in Federal Court. I was not aware that local Rules set out in detail the requirements for the various admissions to the court. I can now see that several other things I filed, may not be incompliance. I am working to rectify those today. I will try to get you a pretrial order, as uncontroversial as possible, before noon.

I am also going to review the rest of the local Rules, to determine whether there are other documents that need to be amended.

Thank you for bringing this to my attention.

Sincerely,

Ron Moroni

EXHIBIT "B"