

LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C. | CIVIL CASE NO. CIV05-00002 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY, | |
| Defendants. | |

I, Robert L. Keogh, hereby certify that on the 8th day of March, 2007, I caused to be served via hand delivery, a true and correct copy of Defendants' Opposition to Plaintiff's Ex Parte Motion For Enlargement of Time to File Pretrial Materials, Declaration of Robert L. Keogh and Defendants' Exhibit List in the above-captioned matter upon the following office as set forth below:

```
MORONI LAW OFFICE, P.C.
Bank of Hawaii Building
134 W. Soledad Avenue
Suite 402
Hagatña, Guam 96910
```

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Defendants

DATE: 3/8/07   By: /s/ ROBERT L. KEOGH