**MORONI LAW OFFICES, P.C.**
Bank of Hawaii Building
134 West Soledad Avenue, Suite 402
Hagåtña, Guam 96910
Telephone: (671) 477-7061
Fax: (671) 477-7067

*Attorney for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM
MAR -8 2007 nbo
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| GEORGE & MATILDA KALLINGAL, P.C., | ) | CIVIL CASE NO. CIV05-00002 |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | |
| CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY, | ) | **PLAINTIFF'S AMENDED EXHIBIT LISTS** |
| Defendants. | ) | |

| NO. | DESCRIPTION | OFFERED | ADDMITTED |
|---|---|---|---|
| 1 | Bankruptcy Order Appointing Defendant's as Property Managers; | | |
| 2 | Video Tape showing damages (not in binder); | | |
| 3 | Defendant's correspondence with tenants | | |
| 4 | Plaintiff's leases / tenant documents; | | |
| 5 | Photos showing Plaintiff's apartments; | | |
| 6 | Defendant's miscellaneous communication regarding Plaintiff's properties; | | |
| 7 | Receipts and cancelled checks for expenses related to expenses repairing and restoring apartments. | | |
| 8 | Diagram of properties - to be produced Plaintiff's reserves the right to introduce any documents on Defendant's exhibit list. | | |

Dated this 8th day of March 2007.

MORONI LAW OFFICES, P.C.

By: _____
Ron Moroni,
Attorney for Plaintiff

George & Matilda Kallingal, P.C. v. Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management
Civil Case No. 05-00002
PLAINTIFF'S AMENDED EXHIBIT LISTS

Page 2 of 2

Case 1:05-cv-00002    Document 51    Filed 03/08/2007    Page 2 of 2