LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
MAR 12 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>DECLARATION IN SUPPORT OF SETTLEMENT CONFERENCE; CERTIFICATE OF SERVICE |

I, ROBERT L. KEOGH, hereby declare and state that:

1. I am counsel for defendants in this action, I am over 18 years of age, am competent to testify about the matters set forth herein and have personal knowledge of the matters testified about unless stated otherwise herein.

2. In paragraph 18 of the Scheduling Order filed herein on April 13, 2005, the parties expressed a wish to have this matter submitted to a Settlement Conference.

ORIGINAL

3. After consultation with Mr. Moroni, counsel for plaintiff herein, the parties still of the view that this case could benefit from the conduct of a Settlement Conference.

4. I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.

Date: 3/12/07

_____
ROBERT L. KEOGH

I, Robert L. Keogh, hereby certify that on the 12th day of March, 2007, I caused to be served via hand delivery, a true and correct copy of this DECLARATION IN SUPPORT OF SETTLEMENT CONFERENCE; CERTIFICATE OF SERVICE office as set forth below:

MORONI LAW OFFICE, P.C.
Bank of Hawaii Building
134 W. Soledad Avenue
Suite 402
Hagatña, Guam 96910

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 3/12/07      By: _____
                         ROBERT L. KEOGH

- 2 -