# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

GEORGE & MATILDA KALLINGAL, P.C.,

    Plaintiff,

vs.

CHRISTOPHER FELIX, *et al.*,

    Defendants.

Civil Case No. 05-00002

**ORDER**

    Based upon the parties' request, a Settlement Conference shall be held on Thursday, March 15, 2007, at 10:00 a.m. The Court directs the parties to read this Order carefully as it controls the settlement procedure for this case.

    **1. Presence of Lead Counsel.** Unless a party is proceeding *pro se*, the attorney attending the settlement conference must be the lead trial counsel.

    **2. Presence of All Parties.** All parties or the party's representative to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.

    **3. Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

    **4. Confidential Settlement Letters.** Each party must submit a confidential settlement letter, no more than five (5) pages in length, no later than noon on Wednesday, March 14, 2007. The letter should not be filed, but should be submitted in a sealed envelope and labeled

"SEALED: CONFIDENTIAL SETTLEMENT LETTER FOR IN CAMERA REVIEW ONLY." The letter should set forth the party's statement of the case, including strengths and weaknesses, and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference. The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

**5. Date and Time of Conference.** The settlement conference shall be scheduled for Thursday, March 15, 2007, at 10:00 a.m.

SO ORDERED this 12th day of March 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**