IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL

CASE NO.: CV-05-00002          DATE: March 13, 2007
CAPTION: George and Matilda Kallingal, P.C. vs. Felix

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 1:04:17 - 1:13:33
CSO: B. Benavente

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Ron Moroni          Robert Keogh

**PROCEEDINGS: Final Pretrial Conference**

NOTES: The Court vacated the March 20, 2007 trial date and scheduled a Status Hearing for March 20, 2007 at 2:00 p.m.

Parties instructed to file all pretrial documents and any motions no later than March 20, 2007 by 12:00 p.m.