**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CIVIL MINUTES**
**GENERAL**

CASE NO.: CV-05-00002　　　　　　　　　DATE: March 20, 2007
CAPTION: George and Matilda Kallingal, P.C. -vs- Christopher Felix

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 2:14:30 - 2:22:31
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)　　　　　　　　Counsel for Defendant(s)
Ron Moroni　　　　　　　　　　　　　　Robert Keogh

---

**PROCEEDINGS: Status Hearing**
- Parties advised the Court that they have reached a settlement agreement and will be moving for dismissal of the case with prejudice.
- Parties to submit their motion by Friday, March 23, 2007.

NOTES: