LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
MAR 26 2007 nbv
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GEORGE & MATILDA KALLINGAL, P.C.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FELIX and REALTY MANAGEMENT COMPANY, INC. dba CENTURY 21 REALTY MANAGEMENT COMPANY,<br><br>Defendants. | CIVIL CASE NO. CIV05-00002<br><br>STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

The parties herein, by and through their respective undersigned counsel, hereby stipulate and agree, that a Judgment of Dismissal with prejudice with all parties to bear their own costs and attorneys' fees shall be entered in the above-captioned action.

**LAW OFFICE OF RON MORONI**
Attorneys for Plaintiff

DATE: 3/26/07                By: _____
                                 RON MORONI

**LAW OFFICE OF ROBERT L. KEOGH**
Attorneys for Defendants

DATE: 3/26/07                By: _____
                                 ROBERT L. KEOGH