# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| George and Matilda Kallingal, P.C., | Civil Case No. 1:05-cv-00002 |
| Plaintiffs, | |
| vs. | **J U D G M E N T** |
| Christopher Felix and Realty Management Company, Inc. dba Century 21 Realty Management Company, | |
| Defendants. | |

    Judgment is hereby entered in accordance with the Stipulation for Entry of Judgment of Dismissal with Prejudice filed on March 26, 2007.

Dated this 27th day of March, 2007, Hagatna, Guam.

                                                                                            **/s/ Mary L.M. Moran**
                                                                                                   Clerk of Court